PROB 12B
(7/93)

# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender: **Joseph Jerome Materne**　　　　　Case **CR 03-00052-001**

Name of Sentencing Judicial Officer:　John S. Unpingco, Chief Judge

Date of Original Sentence:　October 30, 2003

Original Offense: Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(2)(1) and 924(a)(2).

Original Sentence: 46 months prison followed by three years supervised release with conditions that he: abide by mandatory and standard conditions of supervised release; not possess a firearm or dangerous weapon; not use or possess illegal controlled substances; refrain from alcohol; participate in a substance abuse treatment and testing; obtain and maintain gainful employment; perform 200 hours community service; and pay a $100 special assessment fee.

Type of Supervision: Supervised release　　　　Date Supervision　October 17, 2006

## PETITIONING THE COURT

☐ To extend the term of supervision for　　　years, for a　　　years.

☒ To modify the conditions of supervision as follows:

   The defendant shall perform 50 hours of community service at the direction of the U.S. Probation Office.

On May 8, 2007, Joseph Jerome Materne reported for urinalysis and tested presumptive positive for the use of methamphetamine or "ice". He denied any drug use and the sample was sent to the laboratory for confirmation testing. Subsequently, Mr. Materne reported to the U.S. Probation Office for a compliance meeting on May 10, 2007 to address the presumptive drug test. Mr. Materne executed a drug use admission form for using "ice" on May 6, 2007. He stated that he used the drug which was given to him by a female friend. Mr. Materne apologized for his error in judgement and assured it would not happen again. He was warned of the consequences of continued drug use violations. In addition, Mr. Materne was returned to day 1, Phase I, of the drug treatment and testing program. As this was his first documented violation under supervision, an informational violation report to the Court was to have been submitted. Prior to the drafting of this report. However, a second drug use violation by Mr. Materne occurred.

On May 15, 2007, Mr. Materne reported for urinalysis and tested positive for methamphetamine. He readily executed a drug use admission form indicating that he used "ice" on May 14, 2007. In addition, he failed to attend a drug treatment counseling session on May 15, 2007. He reported to the probation office for a second compliance meeting on May 18, 2007. Mr. Materne stated that he used the drug given to him by a female friend who was not the same female friend who had given him "ice" previously. Mr. Materne was at a loss to explain his recurrence of drug use. He assured, however, that he was not addicted and could stop using immediately. Regarding the counseling "no show" on May 15, 2007, he stated that he may have lost track of his appointments and apologized.

Mr. Materne agreed to a modification of his conditions of supervised release to require him to complete 50 hours of community service, in addition to the 200 hours originally imposed. In addition, Mr. Materne will again be returned to day 1, Phase I, of the drug treatment and testing program.

Except as outlined above, Mr. Materne has maintained acceptable compliance with his conditions of supervision. He actively performs community service and has performed 160 of the 200 hours originally ordered. He paid the $100 special assessment fee on January 22, 2005. Although unemployed, Mr. Materne is actively seeking employment at the direction of this Officer.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Materne's consent to the modification. His compliance will continue to be monitored and any further violations will be reported to the Court accordingly.

| Reviewed by: | | Respectfully submitted, |
|---|---|---|
| /s/ ROSSANNA VILLAGOMEZ-AGUON<br>U.S. Probation Officer<br>Supervision Unit Leader | by: | /s/ ROBERT I. CARREON<br>U.S. Probation Officer |
| Date: May 31, 2007 | | Date: May 31, 2007 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other    Issuance of a:   ☐ Summons   ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

*District of Guam*

**Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. The defendant shall perform 50 hours of community service at the direction of the U.S. Probation Office.

Witness: _____ROBERT I. CARREON_____  Signed: _____JOSEPH J. MATERNE_____
              U.S. Probation Officer                                Probationer or Supervised Releasee

_____5/18/07_____
                Date

Case 1:03-cr-00052   Document 17-2   Filed 05/31/2007   Page 1 of 1