# *United States District Court*

for

### *District of Guam*

### Report for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### *(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:  **Joseph Jerome Materne**           Case  **CR 03-00052-001**

Name of Sentencing Judicial Officer:    John S. Unpingco, Chief Judge

Date of Original Sentence:       October 30, 2003

Original Offense:     Felon in Possession of Firearms, in violation of 18 U.S.C.  §§ 922(g)(2)(1) and 924(a)(2).

Original Sentence:    46 months prison followed by three years supervised release with conditions that he: abide by mandatory and standard conditions of supervised release; not possess a firearm or dangerous weapon; not use or possess illegal controlled substances; refrain from alcohol; participate in a substance abuse treatment and testing; obtain and maintain gainful employment; perform 200 hours community service; and pay a $100 special assessment fee. **Conditions modified** on July 11, 2007 to include an additional 50 hours of community service as a sanction for noncompliance.

Type of Supervision:  Supervised release           Date Supervision       October 17, 2006

## PETITIONING THE COURT

☐   To extend the term of supervision for            years, for a            years.

☒   To modify the conditions of supervision as follows:

1.  The defendant shall serve three days of intermittent confinement, pursuant to Title 18 U.S.C. §3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S. Marshals Office.

On October 31, 2007, Joseph Jerome Materne reported for urinalysis and tested presumptive positive for the use of methamphetamine or "ice". He denied any drug use and the sample was sent to the laboratory for confirmation testing. Subsequently, Mr. Materne reported to the U.S. Probation Office for a compliance meeting on November 1, 2007 to address the presumptive drug test. Mr. Materne executed a drug use admission form for using "ice" on October 30, 2007. He stated that he purchased the drug and smoked it with friends. Mr. Materne apologized for his error in judgement and assured it would not happen again. He was warned of the consequences of continued use of illegal drugs.

As a sanction, Mr. Materne agreed to a modification of his conditions of supervised release to require him to serve three days of intermittent confinement. In addition, he was returned to Phase I, day 1 of the drug treatment and testing program.

Except as outlined above, Mr. Materne has maintained acceptable compliance with his conditions of supervision. On July 31, 2007, he completed 250 hours of community service, to include the previously ordered sanction of 50 hours. He paid the $100 special assessment fee on January 22, 2005. Although unemployed, Mr. Materne is actively seeking employment at the direction of this Officer.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release, pursuant to 18 U.S.C. § 3583(e)(2) as outlined above. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Materne's consent to the modification. His compliance will continue to be monitored and any further violations will be reported to the Court accordingly.

Reviewed by:                                                        Respectfully submitted,

/s/ CARMEN D. O'MALLAN                    by:        /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer Specialist                          U.S. Probation Officer
Supervision Unit Leader

Date:              November 14, 2007              Date:              November 14, 2007

## THE COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other        Issuance of a:   ☐ Summons   ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

## District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. That the defendant shall serve three (3) days of intermittent confinement, pursuant to Title 18 U.S.C. § 3583(e)(2), 3583(d)(3) at the direction of the U.S. Probation Office, the Bureau of Prisons, and the U.S Marshals Office.

Witness: _____        Signed: _____
Judy Anne L. Ocampo                                      Joseph J. Materne
U.S. Probation Officer                            Probationer or Supervised Releasee

_____
Date  11/01/07